UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 23 AM 9:35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Roberto LUNA-Guevara | Magistrate's Case No.<br>**'08 MJ 1233**<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. 952 and 960<br>Importation of a Controlled Substance |

The undersigned complainant, being duly sworn, states:

## COUNT ONE

That on or about April 22, 2008, within the Southern District of California, defendant Roberto LUNA-Guevara, did knowingly and intentionally import approximately 5.30 kilograms of methamphetamine, a Schedule II Controlled Substance, and 16.00 kilograms of heroin, a Schedule I Controlled Substance into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of probable cause, which is incorporated herein by reference.

_____
Signature of Complainant
Molly Reeve, Special Agent
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 23rd day of April 2008.

_____
United States Magistrate Judge

Page 1

United States of America

vs.

Roberto LUNA-Guevara

## STATEMENT OF PROBABLE CAUSE

I, Special Agent Molly Reeve, declare under penalty of perjury the following is true and correct:

On April 22, 2008, at approximately 0745 hours, Roberto LUNA entered the United States from the Republic of Mexico at San Ysidro Port of Entry, San Diego, California. LUNA was the driver, registered owner, and sole occupant of a 1995 Jeep Cherokee bearing California license plate 6BTL699. U.S. Customs and Border Protection Officer (CBPO) Reeves was working primary inspections when the vehicle entered the U.S. CBPO Reeves noticed that LUNA was looking at him with wide-open eyes, indicating nervousness. CBPO Reeves also noticed the smell of gasoline coming from the vehicle. CBPO Reeves referred the vehicle to secondary for further inspection.

In the secondary inspection area CBP Canine Enforcement Officer (CEO) O'Connor screened the vehicle with his narcotic detector dog (NDD) Rexo. NDD Rexo alerted to the presence of a narcotic odor emanating from the gas tank of the vehicle.

CBPO Nickerson removed a total of eighteen packages from the gas tank of the vehicle. Nine of the packages contained methamphetamine, and nine of the packages contained heroin. The combined weight of the methamphetamine was 5.30 kilograms, and the combined weight of the heroin was 16.00 kilograms.

Post-Miranda, LUNA admitted that he was going to be paid $2500 to deliver the vehicle to a donut shop off of the 91 freeway in the Los Angeles area of California. LUNA stated that he believed the vehicle contained marijuana, cocaine, or methamphetamine. LUNA stated that he had delivered narcotics for the organization on two prior occasions. LUNA stated that on the two prior occasions he delivered the vehicle to the same donut shop, and waited while someone took the vehicle to be unloaded.

Roberto LUNA was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.